

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

# O R D E R

After we reset the appellate timetable and granted Appellant's first motion for an extension of time to file the brief, the brief was due on August 8, 2018. Before the due date, Appellant filed an unopposed second motion for extension of time to file the brief until September 7, 2018, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant's brief is due on September 7, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court